**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2419

GREGORY W. INGRAM,

Plaintiff - Appellant,

versus

RICHARD L. DANZIG, Secretary of the Navy,

Defendant - Appellee,

and

JOHN H. DALTON, Secretary, Department of the Navy,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-99-23-A)

Submitted: February 24, 2000          Decided: March 1, 2000

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory W. Ingram, Appellant Pro Se. Leslie Bonner McClendon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory W. Ingram appeals from the district court's order granting Defendants' motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Ingram v. Danzig</u>, No. CA-99-23-A (E.D. Va. Sept. 10, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>